UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY L. FASSETT,

    Plaintiff,

vs.

SHERMETA, ADAMS &
VON ALLMEN, P.C., *et al.*,

    Defendants.
_____/

Case No. 1:12-cv-36

Hon. Hugh W. Brenneman, Jr.

## JUDGMENT

In accordance with the Opinion and Order dated June 11, 2013, Judgment is entered in favor of all named defendants and against plaintiff Jerry L. Fassett.

Dated: June 11, 2013

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge